| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) **NORRIS, MCLAUGHLIN & MARCUS, PA** Proposed Counsel for the Debtor/Debtor-in-Possession 721 Route 202-206, Suite 200 PO Box 5933 Bridgewater, NJ 08807-5933 (908) 722-0700 | |
| In Re: S B BUILDING ASSOCIATES LIMITED PARTNERSHIP, Debtor. | Case No.: 13-12682 Judge: Hon. Michael B. Kaplan Chapter: 11 |

Recommended Local Form: ☒ Followed   ☐ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, <u>S B Building Associates Limited Partnership (the "Debtor")</u>, is the

   ☐ Trustee:      ☐ Chap. 7      ☐ Chap. 11      ☐ Chap. 13

   ☒ Debtor:       ☒ Chap. 11     ☐ Chap. 13

   ☐ Official Committee of

2. The applicant seeks to retain the following professional <u>Norris, McLaughlin & Marcus, PA ("NMM")</u> to serve as:

   ☒ Attorney for:      ☐ Trustee      ☒ Debtor-in-Possession

   ☐ Official Committee of

   ☐ Accountant for:    ☐ Trustee      ☐ Debtor-in-Possession

   ☐ Official Committee of

   ☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify):

3. The employment of the professional is necessary because: <u>The Debtor requires the retention of counsel to represent it as its general counsel in connection with its bankruptcy proceedings.</u>

4. The professional has been selected because: <u>The Debtor has selected NMM for the reason that certain of its members have considerable experience and knowledge in the representation of debtors-in-possession, in the field of Bankruptcy generally, and in other areas of law related to the effective administration of this case and are well qualified to represent the Debtor in this proceeding.</u>

5. The professional services to be rendered as follows: <u>Representation of the Debtor in its pending chapter 11 case, including, but not limited to, all necessary court appearances, research, preparation and drafting of pleadings and other legal documents, hearing preparation and related work, negotiations and advice with respect to the Debtor's chapter 11 case.</u>

6. The proposed arrangement for compensation is as follows: <u>Subject to Bankruptcy Court approval, NMM will be compensated at its regular hourly rates. The hourly rates of the personnel who may be asked to assist with this matter range from $250 to $590 per hour for members' time, from $150 to $380 an hour for associates' time and from $50 to $175</u>

per hour for paralegals' time. The rates are subject to change on an annual basis.

7. To the best of your Applicant's knowledge, the professional's connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe connection: NMM represents other entities in which Lawrence S. Berger, the President of the General Partner of the Debtor, has a direct or indirect ownership interest. NMM is presently representing Princeton Office Park, L.P., 400 Blair Realty Holdings, LLC, Berley Associates, Ltd., Route 88 Office Associates, Ltd., SB Milltown Industrial Realty Holdings, LLC, Alsol Corporation, and Somerset Thor Building Realty Holdings, LP in their chapter 11 proceedings that are currently pending in the District of New Jersey. None of these representations are adverse to the within bankruptcy estate. NMM has also recently represented Pazzo Pazzo, Inc. and Callalo, Inc., restaurant entities, in a dispute with the Department of Labor and Greater American Land Resources, Inc., Kirby Avenue Realty Holdings, LLC and Bank Building Associates Limited Partnership, real estate entities, which are also affiliated with Mr. Berger. None of these representations are adverse to the within bankruptcy estate.

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

3

☐ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain:

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

WHEREFORE, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: February 15, 2013        /s/ Lawrence S. Berger
                               Signature of Applicant

                               S B Building Associates Limited Partnership
                               By: SB Building GP, LLC, its General Partner
                               By: United States Land Resources, L.P.,
                                   its General Partner
                               By: United States Realty Resources, Inc.,
                                   its General Partner
                               Lawrence S. Berger, President
                               Name of Applicant

H:\S B BuildingAssociates\NMM Retention\NMMRetentionAPP(SBBuilding).doc