| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**NORRIS, MCLAUGHLIN & MARCUS, PA**<br>Proposed Counsel for the<br>Debtor/Debtor-in-Possession<br>721 Route 202-206, Suite 200<br>PO Box 5933<br>Bridgewater, NJ 08807-5933<br>(908) 722-0700 |

| | |
|---|---|
| In Re:<br><br>S B BUILDING ASSOCIATES<br> LIMITED PARTNERSHIP,<br><br>        Debtor. | Case No.:    13-12682<br><br>Judge:    Hon. Michael B. Kaplan<br><br>Chapter:    11 |

| |
|---|
| Recommended Local Form:    ☒    Followed    ☐    Modified |

### CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
### APPLICATION FOR RETENTION OF PROFESSIONAL

I, Morris S. Bauer, being of full age, certify as follows:

1. Norris, McLaughlin & Marcus, PA ("NMM") is seeking authorization to be retained as counsel to S B Building Associates Limited Partnership, the above referenced debtor and debtor-in-possession. (the "Debtor").

2. NMM's professional credentials include: Members of the New Jersey bar, extensive experience representing debtors, creditors and official committees of unsecured creditors.

3. I am a member of the firm of: Norris McLaughlin & Marcus PA, 721 Route 202-206, Suite 200, P.O. Box 5933, Bridgewater, NJ 08807-5933.

4. The proposed arrangement for compensation is as follows:  <u>Subject to Bankruptcy Court approval, NMM will be compensated at its regular hourly rates.  The hourly rates of the personnel who may be asked to assist with this matter range from $250 to $590 per hour for members' time, from $150 to $380 an hour for associates' time and from $50 to $175 per hour for paralegals' time.  The rates are subject to change on an annual basis.</u>

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒    None

    ☐    Describe connection: _____

    _____

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☐    None

    ☒    Describe connection <u>NMM represents other entities in which Lawrence S. Berger, the President of the General Partner of the Debtor, has a direct or indirect ownership interest.  NMM is presently representing Princeton Office Park, L.P., 400 Blair Realty Holdings, LLC, Berley Associates, Ltd., Route 88 Office Associates,</u>

2

<u>Ltd., SB Milltown Industrial Realty Holdings, LLC, Alsol Corporation, and Somerset Thor Building Realty Holdings, LP in their chapter 11 proceedings that are currently pending in the District of New Jersey. None of these representations are adverse to the within bankruptcy estate. NMM has also recently represented Pazzo Pazzo, Inc. and Callallo, Inc., restaurant entities, in a dispute with the Department of Labor and Greater American Land Resources, Inc., Kirby Avenue Realty Holdings, LLC and Bank Building Associates Limited Partnership, real estate entities, which are also affiliated with Mr. Berger. None of these representations are adverse to the within bankruptcy estate.</u>

7. To the best of my knowledge, after reasonable and diligent investigation, as to the Debtor, those creditors or any other party in interest, the connection of the Firm to those parties is as follows:

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☐ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain:

8. If the professional is an auctioneer,

   a. A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

   ☐ Yes      ☐ No

   b. My qualifications and previous experience as an auctioneer include:

   c. Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations?    ☐ Yes    ☐ No

   If yes, explain:              .

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are will fully false, I am subject to punishment.

Date:  February  18, 2013          /s/ Morris S. Bauer
                                   Signature of Professional

                                   Morris S. Bauer
                                   Name of Professional