| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**NORRIS, MCLAUGHLIN & MARCUS, PA**<br>Proposed Counsel for the<br>Debtor/Debtor-in-Possession<br>721 Route 202-206, Suite 200<br>PO Box 5933<br>Bridgewater, NJ 08807-5933<br>(908) 722-0700 | |
| In Re:<br><br>S B BUILDING ASSOCIATES<br>LIMITED PARTNERSHIP,<br><br>    Debtor | Case No.:   13-12682<br><br>Judge:   Hon. Michael B. Kaplan<br><br>Chapter:   11 |

Recommended Local Form:   ☒   Followed   ☐   Modified

**ORDER AUTHORIZING RETENTION OF NORRIS, McLAUGHLIN
& MARCUS, PA AS ATTORNEYS FOR THE DEBTOR**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| In re: | S B Building Associates Limited Partnership | | | | | | |
| Case No.: | 13-12682 | | | | | | |
| Applicant: | S B Building Associates Limited Partnership | | | | | | |

☐ Trustee:  ☐ Chap. 7  ☐ Chap 11  ☐ Chap. 13
☒ Debtor:   ☒ Chap. 11  ☐ Chap 13
☐ Official Committee of

Name of Professional:    Norris, McLaughlin & Marcus, PA

Address of Professional:    PO Box 5933

Bridgewater, NJ 08807-5933

☒ Attorney for:
　　☐ Trustee    ☒ Debtor-in-Possession
　　☐ Official Committee of

☐ Accountant for:
　　☐ Trustee    ☐ Debtor-in-Possession
　　☐ Official Committee of

☐ Other Professional:
　　☐ Realtor   ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer
　　☐ Other (specify):

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2