| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**NORRIS, McLAUGHLIN & MARCUS, PA**<br>Proposed Counsel for the Debtor/Debtor-in-Possession<br>721 Route 202-206, Suite 200<br>P.O. Box 5933<br>Bridgewater, NJ 08807-5933<br>(908) 722-0700 | |
| In Re:<br><br>S B BUILDING ASSOCIATES<br>LIMITED PARTNERSHIP,<br><br>                Debtor. | Chapter 11<br><br>Case No. 13-12682<br><br>Judge: Hon. Michael B. Kaplan |

## STATEMENT PURSUANT TO 2016(b)

STATE OF NEW JERSEY  )
                               ) SS:
COUNTY OF SOMERSET  )

      **MORRIS S. BAUER**, of full age, being duly sworn upon his oath, deposes and says:

      1.    I am a member of the firm of Norris, McLaughlin & Marcus, PA, 721 Route 202-206, P.O. Box 5933, Bridgewater, NJ 08807-5933.

      2.    This firm has not received a retainer by and/or on behalf of S B Building Associates Limited Partnership (the "Debtor") for legal services rendered and/or to be rendered in the within Chapter 11 Proceeding.

      3.    This firm has an application pending before the Court to be retained as attorneys for the Debtor in connection with the within proceedings under Chapter 11 of the Bankruptcy Code, and has agreed with the Debtor that no additional compensation

will be paid by it, except as may be allowed by the Court for services rendered and to be rendered by our firm herein.

4. No agreement or understanding in any form or guise exists between deponent and any other person for a division of compensation for services rendered in or in connection with the proceeding and that no such division of compensation prohibited by Section 504 of the Bankruptcy Code will be made by deponent, except with members of your deponent's firm.

/s/ Morris S. Bauer
MORRIS S. BAUER

Sworn and subscribed to
before me this 18th day
of February, 2013

/s/ Francesca Cagliostro
A Notary Public of New Jersey

FRANCESCA CAGLIOSTRO
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES OCTOBER 1, 2013

2