# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**NORRIS, McLAUGHLIN & MARCUS, PA**
Proposed Counsel for the
Debtor/Debtor-in-Possession
721 Route 202-206, Suite 200
PO Box 5933
Bridgewater, NJ 08807-5933
(908) 722-0700

In Re:

S B BUILDING ASSOCIATES
 LIMITED PARTNERSHIP,

      Debtor

Case No.:    13-12682

Judge:    Hon. Michael B. Kaplan

Chapter:    11

Order Filed on
**03/05/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

Recommended Local Form:    ☒    Followed    ☐    Modified

## ORDER AUTHORIZING RETENTION OF NORRIS, McLAUGHLIN & MARCUS, PA AS ATTORNEYS FOR THE DEBTOR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: 03/05/2013**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:          S B Building Associates Limited Partnership

Case No.:       13-12682

Applicant:      S B Building Associates Limited Partnership

    ☐ Trustee:    ☐ Chap. 7    ☐ Chap 11      ☐ Chap. 13

    ☒ Debtor:    ☒ Chap. 11    ☐ Chap 13

    ☐ Official Committee of

Name of Professional:          Norris, McLaughlin & Marcus, PA

Address of Professional:       PO Box 5933

                                    Bridgewater, NJ 08807-5933

☒ Attorney for:

    ☐ Trustee    ☒ Debtor-in-Possession

    ☐ Official Committee of

☐ Accountant for:

    ☐ Trustee    ☐ Debtor-in-Possession

    ☐ Official Committee of

☐ Other Professional:

    ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

    ☐ Other (specify):

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2

*Approved by Judge Michael Kaplan March  05, 2013*

Order Filed on
**03/05/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| **NORRIS, McLAUGHLIN & MARCUS, PA** Proposed Counsel for the Debtor/Debtor-in-Possession 721 Route 202-206, Suite 200 PO Box 5933 Bridgewater, NJ 08807-5933 (908) 722-0700 | |
| In Re: SB MILLTOWN INDUSTRIAL REALTY HOLDINGS, LLC, Debtor | Case No.:   13-12685 Judge:   Hon. Michael B. Kaplan Chapter:   11 |

Recommended Local Form:  ☒  Followed   ☐  Modified

### ORDER AUTHORIZING RETENTION OF NORRIS, McLAUGHLIN & MARCUS, PA AS ATTORNEYS FOR THE DEBTOR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 03/05/2013**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:        SB Milltown Industrial Realty Holdings, LLC

Case No.:     13-12685

Applicant:    SB Milltown Industrial Realty Holdings, LLC

☐ Trustee:   ☐ Chap. 7    ☐ Chap 11    ☐ Chap. 13

☒ Debtor:    ☒ Chap. 11   ☐ Chap 13

☐ Official Committee of

Name of Professional:        Norris, McLaughlin & Marcus, PA

Address of Professional:     PO Box 5933

                             Bridgewater, NJ 08807-5933

☒ Attorney for:

☐ Trustee    ☒ Debtor-in-Possession

☐ Official Committee of

☐ Accountant for:

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of

☐ Other Professional:

☐ Realtor  ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify):

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

N:\MSB\SBMilltownIndustrial\NMM Retention\NMMRetentionORD(SBMilltown).doc

*Approved by Judge Michael Kaplan March  05, 2013*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**NORRIS, McLAUGHLIN & MARCUS, PA**
Proposed Counsel for the
Debtor/Debtor-in-Possession
721 Route 202-206, Suite 200
PO Box 5933
Bridgewater, NJ 08807-5933
(908) 722-0700

| | |
|---|---|
| In Re: | Case No.:    13-12689 |
| ALSOL CORPORATION, | Judge:    Hon. Michael B. Kaplan |
| Debtor | Chapter:    11 |

Recommended Local Form:    ☒    Followed    ☐    Modified

### ORDER AUTHORIZING RETENTION OF NORRIS, McLAUGHLIN & MARCUS, PA AS ATTORNEYS FOR THE DEBTOR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: 03/05/2013**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Order Filed on
**03/05/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In re:          <u>Alsol Corporation</u>

Case No.:       <u>13-12689</u>

Applicant:      <u>Alsol Corporation</u>

☐  Trustee:  ☐  Chap. 7  ☐  Chap 11  ☐  Chap. 13

☒  Debtor:  ☒  Chap. 11  ☐  Chap 13

☐  Official Committee of

Name of Professional:        <u>Norris, McLaughlin & Marcus, PA</u>

Address of Professional:      <u>PO Box 5933</u>

                              <u>Bridgewater, NJ 08807-5933</u>

☒  Attorney for:

    ☐  Trustee  ☒  Debtor-in-Possession

    ☐  Official Committee of

☐  Accountant for:

    ☐  Trustee  ☐  Debtor-in-Possession

    ☐  Official Committee of

☐  Other Professional:

    ☐  Realtor  ☐  Appraiser  ☐  Special Counsel  ☐  Auctioneer

    ☐  Other (specify):

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

2.  Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2

N:\MSB\Alsol\NMM Retention\NMMRetentionORD(Alsol).doc

*Approved by Judge Michael Kaplan March  05, 2013*

# EXHIBIT B

# NORRIS
# McLAUGHLIN P.A.

### ATTORNEYS AT LAW

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

February 8, 2019

SB Building Assoc. Limited Partnership
Attn: Lawrence S. Berger
c/o Berger & Bornstein
237 South Street
Morristown, NJ  07962

| | |
|---|---|
| Invoice #: | 10917747 |
| Client #: | 115195 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

## INVOICE SUMMARY

For professional services rendered through January 31, 2019:

**RE:  Chapter 11 Proceeding**

| | |
|---|---|
| Professional Services | $ 2,420.00 |
| Expenses | $ 177.34 |
| **TOTAL THIS INVOICE** | **$ 2,597.34** |



Invoice #: 10917747                                                 February 8, 2019

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/06/19 | MSB | Review NM December time entries; | .10 | 55.00 |
| 1/07/19 | MSB | Telephone call from/to M. Conlan re: settlement conference; send email to/review emails from E. O'Hagan, M. Conlan, S. Glick re: settlement conference; | .50 | 275.00 |
| 1/08/19 | MSB | Review email from/send email to M. Conlan re: confirm 1/9/19 meeting; discuss with L. Berger; | .10 | 55.00 |
| 1/09/19 | MSB | Telephone call to L. Berger re: ▆▆▆▆▆▆▆▆; | .10 | 55.00 |
| 1/10/19 | MSB | Telephone call from L. Berger re: ▆▆▆▆▆▆▆▆ 1/11/19 conference; | .30 | 165.00 |
| 1/10/19 | MSB | Review emails canceling 1/11/19 conference, including E. O'Hagan email; | .20 | 110.00 |
| 1/10/19 | MSB | Review email from M. Conlan re: inquiry on Sass; | .10 | 55.00 |
| 1/10/19 | MSB | Review and redact NM Dec. invoice; | .10 | 55.00 |
| 1/10/19 | MSB | Letter to L. Berger re: NM December statement; | .10 | 55.00 |
| 1/11/19 | MSB | Review email from M. Conlan re: 15% discount letter; send email to L. Berger (1/12/19); | .10 | 55.00 |
| 1/13/19 | MSB | Continued preparation of NM fee application; | .40 | 220.00 |
| 1/15/19 | MSB | Review and revise NM fee application; proofread and execute; | .50 | 275.00 |
| 1/15/19 | MSB | Review emails on possible conference for 1/18; discuss with L. Berger; ▆▆▆▆▆▆▆▆▆▆; | .10 | 55.00 |
| 1/16/19 | MSB | Telephone call from L. Berger re: ▆▆▆▆▆▆▆▆▆; | .10 | 55.00 |
| 1/16/19 | MSB | Proofread and coordinate filing of NM fee application; | .10 | 55.00 |
| 1/17/19 | MSB | Review email from/send email to M. Kahme re: status; | .10 | 55.00 |
| 1/17/19 | MSB | Telephone call from B. Teich re: status; | .10 | 55.00 |
| 1/17/19 | MSB | Telephone call from L. Berger re: ▆▆▆▆▆▆▆▆▆▆▆▆; send email with information; | .20 | 110.00 |
| 1/25/19 | MSB | Review voicemail from/telephone call to S. Della Fera re: status of settlement; payment for Pina; | .30 | 165.00 |
| 1/28/19 | MSB | Review December MOR; coordinate filing; | .10 | 55.00 |
| 1/28/19 | MSB | Review email from S. Glick re: rescheduling settlement conference; send email response on NM fees; | .20 | 110.00 |
| 1/29/19 | MSB | Review email from/send email to E. O'Hagan re: availability to discuss; | .10 | 55.00 |
| 1/30/19 | MSB | Review email from/telephone call to E. O'Hagan and D. Frankel re: status update; Boraie; taxes; | .30 | 165.00 |
| 1/31/19 | MSB | Telephone call from L. Berger re: call with E. O'Hagan and D. Frankel; | .10 | 55.00 |
| | | **Totals** | **4.40** | **$ 2,420.00** |

Invoice #: 10917747

February 8, 2019

### TOTAL PROFESSIONAL SERVICES

$ 2,420.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| MORRIS S. BAUER | 4.40 | 550.00 | 2,420.00 |
| **TOTALS** | **4.40** | | **$ 2,420.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 1/01/19 | Postage January 2019 | 46.34 |
| 1/01/19 | Travel to Newark 12/14, 12/18, 12/21  MORRIS S. BAUER, Dec/18 | 131.00 |

### TOTAL EXPENSES

$ 177.34

### TOTAL THIS INVOICE

$ 2,597.34

March 11, 2019

Invoice #:         10927200
Client #:            115195
Matter #:                 1
Billing Attorney:    MSB

RE:   **Chapter 11 Proceeding**

**PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/04/19 | MSB | Review emails from various parties re: settlement conference; discuss with L. Berger; | .20 | 110.00 |
| 2/05/19 | MSB | Discuss with L. Berger re: possible 2/8/19 meeting; send email to Juan (Judge Papalia) re: availability; | .20 | 110.00 |
| 2/06/19 | MSB | Review emails from Court; various parties re: meeting on 2/15; | .20 | 110.00 |
| 2/06/19 | MSB | Review NM January time entries; | .10 | 55.00 |
| 2/07/19 | MSB | Telephone call from L. Berger re: ████ status conference; | .10 | 55.00 |
| 2/07/19 | MSB | Review emails from various parties; review voicemail from/telephone call to Juan (Judge Papalia) re: status conference for 2/15/19; | .30 | 165.00 |
| 2/08/19 | MSB | Review email from/send email to M. Kahme re: inquiry; | .10 | 55.00 |
| 2/08/19 | MSB | Review email from Juan (Judge Papalia) re: scheduling conference for 2/15/19 at 10:30 a.m.; | .10 | 55.00 |
| 2/13/19 | MSB | Letter to L. Berger re: NM January fees; | .10 | 55.00 |
| 2/14/19 | MSB | Telephone calls to M. Conlan (2x) re: status conference issues; | .40 | 220.00 |
| 2/14/19 | MSB | Telephone call from Juan (2x) Judge Papalia re: discuss status conference; NM; | .30 | 165.00 |
| 2/14/19 | MSB | Telephone call from L. Berger re: ████ conference; Boraie; NM; | .30 | 165.00 |
| 2/14/19 | MSB | Review email from H. Ward re: quarterly fees; send email to L. Berger; | .10 | 55.00 |
| 2/15/19 | MSB | Travel from Morristown to Court; Court to office; | 1.30 | 715.00 |
| 2/15/19 | MSB | Attend settlement conference, including client debriefing; | 1.30 | 715.00 |
| 2/15/19 | MSB | Review email from L. Berger re: ████ plan, unavailable March ██ to March ██; | .10 | 55.00 |
| 2/19/19 | MSB | Review entered order re: NM fees; | .10 | 55.00 |
| 2/21/19 | MSB | Review letter from A. Keir on settlement; | .10 | 55.00 |
| 2/22/19 | MSB | Review email from S. Glick re: confirming 2/26/19 meeting; | .10 | 55.00 |
| 2/25/19 | MSB | Review email from/send email to T. Valen re: Boraie proposal to Sass; | .10 | 55.00 |
| 2/25/19 | MSB | Send email to/review email from S. Glick re: confirm meeting and location; | .10 | 55.00 |
| 2/25/19 | MSB | Telephone call from M. Conlan re: discuss settlement meeting; | .10 | 55.00 |

Invoice #: 10927200

March 11, 2019

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/26/19 | MSB | Travel to/from NYC (part); | 1.60 | 880.00 |
| 2/26/19 | MSB | Telephone call from/to M. Conlan; telephone call to T. Valen re: priority issue; | .20 | 110.00 |
| 2/26/19 | MSB | Attend meeting with Boraie and Sass; | 1.50 | 825.00 |
| 2/26/19 | MSB | Review January monthly report; coordinate for filing on 2/27/19; | .10 | 55.00 |
| 2/28/19 | MSB | Review emails confirming status conference; | .10 | 55.00 |
| | | Totals | 9.30 | $ 5,115.00 |

### TOTAL PROFESSIONAL SERVICES                    $ 5,115.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| MORRIS S. BAUER | 9.30 | 550.00 | 5,115.00 |
| **TOTALS** | **9.30** | | **$ 5,115.00** |

### TOTAL THIS INVOICE                    $ 5,115.00

# N M

NORRIS
McLAUGHLIN P.A.

ATTORNEYS AT LAW

400 Crossing Boulevard
8ᵗʰ Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

April 5, 2019

SB Building Assoc. Limited Partnership
Attn: Lawrence S. Berger
c/o Berger & Bornstein
237 South Street
Morristown, NJ 07962

| | |
|---|---|
| Invoice #: | 10939617 |
| Client #: | 115195 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

## INVOICE SUMMARY

For professional services rendered through March 31, 2019:

**RE:  Chapter 11 Proceeding**

| | |
|---|---|
| Professional Services | $ 9,845.00 |
| Expenses | $ 98.99 |
| **TOTAL THIS INVOICE** | **$ 9,943.99** |



BRIDGEWATER, NJ    NEW YORK, NY    ALLENTOWN, PA
WWW.NORRISMCLAUGHLIN.COM
FEI# 62-1408127

Noris McLaughlin

April 5, 2019

Invoice #:       10939617
Client #:         115195
Matter #:              1
Billing Attorney:    MSB

RE:  Chapter 11 Proceeding

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/01/19 | MSB | Travel to/from Court; | 1.60 | 880.00 |
| 3/01/19 | MSB | Attend Settlement Conference; | 2.60 | 1,430.00 |
| 3/06/19 | MSB | Review February NM time entries; | .10 | 55.00 |
| 3/07/19 | MSB | Send emails to L. Berger re: quarterly fees outstanding; | .10 | 55.00 |
| 3/13/19 | MSB | Telephone call to R. Bornstein re: ~~Boraie; settlement options~~; | .30 | 165.00 |
| 3/13/19 | MSB | Letter to L. Berger re: February NM statement; | .10 | 55.00 |
| 3/20/19 | MSB | Commence preparation for continued confirmation hearing; | .50 | 275.00 |
| 3/21/19 | MSB | Telephone call to M. Conlan re: confirmation hearing; Boraie 3/27/19 hearing and witnesses; | .50 | 275.00 |
| 3/21/19 | MSB | Continued preparation for confirmation; reviewing notes; send email to L. Berger re: re-direct; conversation with M. Conlan; | .60 | 330.00 |
| 3/21/19 | MSB | Review voicemail from/telephone call to S. Della Fera re: case status; Trenk fees; | .20 | 110.00 |
| 3/25/19 | MSB | Review B. Teich letter to Court requesting motion to appoint trustee to be scheduled; | .10 | 55.00 |
| 3/25/19 | MSB | Telephone call from L. Berger re: ~~3/27/19 hearing, meeting with Boraie, redirect~~; | .30 | 165.00 |
| 3/26/19 | MSB | Review Feb. MOR; | .10 | 55.00 |
| 3/26/19 | MSB | Telephone calls form L. Berger (2x) re: ~~prepare for re-direct~~; | .80 | 440.00 |
| 3/26/19 | MSB | Review outline; transcripts re: prepare for continued confirmation hearing; | .90 | 495.00 |
| 3/26/19 | MSB | Continued preparation for 3/27/19 hearing; | .50 | 275.00 |
| 3/27/19 | MSB | Continued preparation for 3/27/19 continued confirmation hearing; | .60 | 330.00 |
| 3/27/19 | MSB | Travel to/from Court, including call with M. Conlan; | 1.60 | 880.00 |
| 3/27/19 | MSB | Attend continued confirmation hearing, including preparation; meeting with L. Berger, lunch debriefing, conclusion debriefing; | 5.90 | 3,245.00 |
| 3/27/19 | MSB | Telephone call from M. Conlan re: hearing; settlement, etc.; | .40 | 220.00 |
| 3/28/19 | MSB | Review Court notice re: hearings on 4/8/19 at 2:30 p.m.; | .10 | 55.00 |
| | | Totals | 17.90 | $ 9,845.00 |

Norris McLaughlin

Invoice #: 10939617

April 5, 2019

## TOTAL PROFESSIONAL SERVICES

$ 9,845.00

### SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| MORRIS S. BAUER | 17.90 | 550.00 | 9,845.00 |
| TOTALS | 17.90 | | $ 9,845.00 |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 3/01/19 | Travel to Newark 2/15  MORRIS S. BAUER, Feb/19 | 48.48 |
| 3/01/19 | Travel to New York City 2/26  MORRIS S. BAUER, Feb/19 | 50.51 |

### TOTAL EXPENSES

$ 98.99

### TOTAL THIS INVOICE

$ 9,943.99

# NORRIS

## McLAUGHLIN P.A.

ATTORNEYS AT LAW

100 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807

T: 908-722-0700
F: 908-722-0755

May 8, 2019

SB Building Assoc. Limited Partnership
Attn: Lawrence S. Berger
c/o Berger & Bornstein
237 South Street
Morristown, NJ  07962

| | |
|---|---|
| Invoice #: | 10948067 |
| Client #: | 115195 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

## INVOICE SUMMARY

For professional services rendered through April 30, 2019:

**RE:  Chapter 11 Proceeding**

| | |
|---|---|
| Professional Services | $ 13,370.00 |
| Expenses | $ 116.88 |
| **TOTAL THIS INVOICE** | **$ 13,486.88** |



BRIDGEWATER, NJ  |  NEW YORK, NY  |  ALLENTOWN, PA
WWW.NORRISMCLAUGHLIN.COM
FEI# 62-1408127

Norris McLaughlin

May 8, 2019

Invoice #:        10948067
Client #:          115195
Matter #:                1
Billing Attorney:   MSB

**RE:  Chapter 11 Proceeding**

**PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/03/19 | MSB | Review NM March time; | .10 | 55.00 |
| 4/04/19 | MSB | Telephone call from L. Berger re: ▓▓▓▓▓▓▓▓▓▓▓ | .10 | 55.00 |
| 4/04/19 | MSB | Review email from/send email to M. Kahme re: status; | .10 | 55.00 |
| 4/05/19 | MSB | Send email to L. Berger re: ▓▓▓▓▓▓▓▓▓▓▓, review files ▓▓▓▓▓ ▓▓▓▓▓▓; | .20 | 110.00 |
| 4/05/19 | MSB | Telephone call to L. Berger rc: ▓▓▓▓▓▓▓▓▓▓▓ 4/8 and 4/10 ▓▓▓▓▓▓; | .30 | 165.00 |
| 4/05/19 | MSB | Review files for ▓▓▓▓▓▓▓▓▓ report, send email to L. Berger; telephone call to L. Berger; | .30 | 165.00 |
| 4/08/19 | MSB | Telephone call from L. Berger; telephone call to M. Conlan re: expert report inquiry; | .10 | 55.00 |
| 4/08/19 | MSB | Review ▓▓▓▓▓▓▓▓▓▓; | .60 | 330.00 |
| 4/08/19 | MSB | Travel to/from Court; | 1.60 | 880.00 |
| 4/08/19 | MSB | Attend continued confirmation hearing, including preparation with L. Berger; | 1.70 | 935.00 |
| 4/08/19 | MSB | Research re: ▓▓▓▓▓▓▓▓▓▓▓▓; | .30 | 165.00 |
| 4/09/19 | MSB | Send email to MAP; review response re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; | .20 | 110.00 |
| 4/09/19 | MSB | Review emails from RP; discuss with RP re: ▓▓▓▓▓▓▓▓▓▓; discuss with L. Berger; | .60 | 330.00 |
| 4/09/19 | MSB | Telephone call from L. Berger re: ▓▓▓▓▓ ▓▓▓▓▓ continued hearing; ▓▓▓▓▓▓▓▓▓; review emails on hearing; | .50 | 275.00 |
| 4/09/19 | MSB | Letter to L. Berger re: NM March fees; | .10 | 55.00 |
| 4/09/19 | MSB | Review ▓▓▓▓▓▓▓ cases on ▓▓▓▓▓▓▓▓▓ preparing for continued confirmation hearing; | 1.10 | 605.00 |
| 4/09/19 | RJP | Research case law/ legal articles regarding ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ draft email regarding same; | 2.50 | 662.50 |
| 4/09/19 | RJP | Research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ contested hearing, teleconference regarding same, review ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ for objecting to scope of testimony based upon unreliability; | 2.50 | 662.50 |

Invoice #: 10948067                                                                          May 8, 2019

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 4/10/19 | MSB | Travel to/from Court; | 1.60 | 880.00 |
| 4/10/19 | MSB | Attend continued confirmation hearing; | 5.30 | 2,915.00 |
| 4/10/19 | MSB | Telephone call from M. Conlan re: settlement; confirmation hearing; | .50 | 275.00 |
| 4/11/19 | MSB | Review M. Conlan letter to Court re: post-trial briefing schedule; | .10 | 55.00 |
| 4/16/19 | MSB | Review L. Berger letter to State Court re: termination of Boraie; | .20 | 110.00 |
| 4/16/19 | MSB | Review transcripts; send email to parties re: exhibits marked into evidence; | .60 | 330.00 |
| 4/16/19 | MSB | Send email to/review email from M. Conlan, et al; telephone call to M. Conlan re: no hearing on 4/17/19; | .20 | 110.00 |
| 4/17/19 | MSB | Review email from M. Conlan re: evidence exhibits; review B. Teich email re: information from Court; | .20 | 110.00 |
| 4/17/19 | MSB | Telephone call from L. Berger re: confirmation brief; | .10 | 55.00 |
| 4/22/19 | MSB | Review T. Valen letter to Judge McClosky re: response to Berger submitting order; | .20 | 110.00 |
| 4/25/19 | MSB | Review Confirmation hearing exhibits; emails regarding exhibits; review confirmation briefs in other cases; | .70 | 385.00 |
| 4/25/19 | MSB | Travel to L. Berger's office; | .50 | 275.00 |
| 4/25/19 | MSB | Meet with L. Berger and R. Bornstein re: discuss confirmation brief; | 1.10 | 605.00 |
| 4/26/19 | MSB | Telephone call to B. Teich re: Exhibit issues; review B. Teich email; send email response re: attempting to agree on exhibits into evidence; | .30 | 165.00 |
| 4/26/19 | MSB | Review emails from/send emails to J&J re: April 8 and April 10 transcripts; forward to L. Berger; | .30 | 165.00 |
| 4/28/19 | MSB | Commence preparation of confirmation brief re: opening paragraph preliminary statement; | 1.00 | 550.00 |
| 4/28/19 | MSB | Review March MOR; | .10 | 55.00 |
| 4/29/19 | MSB | Continued preparation of confirmation brief; | 1.00 | 550.00 |
| | | Totals | 26.90 | $ 13,370.00 |

**TOTAL PROFESSIONAL SERVICES**                                                        **$ 13,370.00**


**SUMMARY OF PROFESSIONAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| MORRIS S. BAUER | 21.90 | 550.00 | 12,045.00 |
| REBECCA J. PRICE | 5.00 | 265.00 | 1,325.00 |
| **TOTALS** | **26.90** | | **$ 13,370.00** |


**EXPENSES**

Invoice #: 10948067                                                      May 8, 2019

| Date | Description | Amount |
|------|-------------|--------|
| 4/01/19 | Travel to Newark NJ 3/1 and 3/27  MORRIS S. BAUER, Mar/19 | 116.88 |

| | | |
|---|---|---|
| | **TOTAL EXPENSES** | **$ 116.88** |
| | **TOTAL THIS INVOICE** | **$ 13,486.88** |



400 Crossing Boulevard
8ʰ Floor
P.O. Box 5933
Bridgewater, NJ 08807

T: 908-722-0700
F: 908-722-0755

June 7, 2019

SB Building Assoc. Limited Partnership
Attn: Lawrence S. Berger
c/o Berger & Bornstein
237 South Street
Morristown, NJ 07962

| | |
|---|---|
| Invoice #: | 10955117 |
| Client #: | 115195 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

## INVOICE SUMMARY

For professional services rendered through May 31, 2019:

**RE:  Chapter 11 Proceeding**

| | |
|---|---|
| Professional Services | $ 25,850.00 |
| Expenses | $ 367.06 |
| **TOTAL THIS INVOICE** | **$ 26,217.06** |



Norris McLaughlin

June 7, 2019

Invoice #:        10955117
Client #:            115195
Matter #:                  1
Billing Attorney:    MSB

RE:  **Chapter 11 Proceeding**

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/01/19 | MSB | Review and revise portion of confirmation brief; | .50 | 275.00 |
| 5/01/19 | MSB | Telephone call to M. Conlan re: possible continued deadline for filing confirmation brief; | .10 | 55.00 |
| 5/03/19 | MSB | Review email from/send email to M. Kahme re: status of NM retention and case; | .20 | 110.00 |
| 5/03/19 | MSB | Continued preparation of confirmation brief; | 1.50 | 825.00 |
| 5/04/19 | MSB | Review NM April time entries; | .10 | 55.00 |
| 5/04/19 | MSB | Continued preparation of confirmation brief re: statement of facts, reviewing transcripts | 2.00 | 1,100.00 |
| 5/05/19 | MSB | Continued preparation of confirmation brief, which included detailed review of transcripts from April 26, Mar. 4, May 16 and May 23 | 9.00 | 4,950.00 |
| 5/06/19 | MSB | Telephone call from M. Conlan re: extend deadline for filing confirmation brief; send email to Judge Papalia; | .30 | 165.00 |
| 5/06/19 | MSB | Continued preparation and revision to confirmation brief; | 1.10 | 605.00 |
| 5/06/19 | MSB | Continued revisions to confirmation brief; | 2.10 | 1,155.00 |
| 5/06/19 | MSB | Legal research re: substantive consolidation, cross-collateralization | 1.60 | 880.00 |
| 5/06/19 | MSB | Review March 29 transcript; | .90 | 495.00 |
| 5/07/19 | MSB | Discuss with CLC re: cross-collateralization issues; | .20 | 110.00 |
| 5/07/19 | MSB | Prepare in draft legal argument on substantive consolidation and cross collateralization; | 2.50 | 1,375.00 |
| 5/07/19 | MSB | Continued review and revisions of confirmation brief, including continued review of transcripts; | 2.30 | 1,265.00 |
| 5/08/19 | MSB | Continued preparation of confirmation brief; | .90 | 495.00 |
| 5/09/19 | MSB | Review email from Court re: briefing schedule consent; prepare letter to Court; coordinate filing and service; | .50 | 275.00 |
| 5/10/19 | MSB | Continued preparation of confirmation brief re: substantive consolidation, cross-collateralization revisions, import; address 1129(b); 1129(c); 1129(d); | 4.20 | 2,310.00 |
| 5/10/19 | MSB | Continued preparation of confirmation brief re: feasibility section; | 1.10 | 605.00 |

Invoice #: 10955117                                                                June 7, 2019

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/10/19 | MSB | Continued preparation of ▮▮▮▮▮▮ ▮▮▮▮▮ of brief re: revise; transcript cites; | 2.10 | 1,155.00 |
| 5/10/19 | MSB | Continued preparation of confirmation brief re: revising and preparing section addressing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ including review of transcripts; | 2.20 | 1,210.00 |
| 5/10/19 | MSB | Review L. Berger letter to Judge McCloskey; | .10 | 55.00 |
| 5/10/19 | MSB | Letter to L. Berger re: NM April fees; | .10 | 55.00 |
| 5/11/19 | MSB | Review confirmation hearing notes ▮▮▮▮▮▮▮▮▮▮▮▮; | .20 | 110.00 |
| 5/11/19 | MSB | Continued review, revisions and preparation of confirmation brief; | 1.60 | 880.00 |
| 5/12/19 | MSB | Continued preparation of confirmation brief; review ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ transcripts; | 1.90 | 1,045.00 |
| 5/12/19 | MSB | Continued preparation of confirmation brief; update and review transcripts for citations, review brief in detail; send email to L. Berger; | 5.40 | 2,970.00 |
| 5/16/19 | MSB | Send email to L. Berger re: NM payment status; | .10 | 55.00 |
| 5/16/19 | MSB | Telephone call to M. Conlan re: status of Boraie; | .10 | 55.00 |
| 5/20/19 | MSB | Send email to Judge Papalia re: no payment for NM; | .10 | 55.00 |
| 5/21/19 | MSB | Send email to L. Berger re: 3/27/19 transcript; | .10 | 55.00 |
| 5/21/19 | MSB | Review entered order on NM fees; send email to L. Berger on 5/22/19; | .10 | 55.00 |
| 5/21/19 | MSB | Review email from B. McManus re: 5/31/19 conference before Judge McCloskey; | .10 | 55.00 |
| 5/22/19 | MSB | Telephone call from L. Berger re: confirmation brief; | .20 | 110.00 |
| 5/24/19 | MSB | Telephone call form R. Bornstein re: discuss confirmation brief and issues; | .10 | 55.00 |
| 5/28/19 | MSB | Review email from M. Conlan re: suggest stipulation on exhibits; | .10 | 55.00 |
| 5/29/19 | MSB | Send email to M. Conlan re: okay with stipulation suggestion; | .10 | 55.00 |
| 5/30/19 | MSB | Review email from M. Conlan re: proposed exhibit stipulation; send email to L. Berger; | .20 | 110.00 |
| 5/30/19 | MSB | Telephone call from Sharon re: ▮▮▮▮▮▮▮▮▮▮▮; | .10 | 55.00 |
| 5/30/19 | MSB | Review email from L. Berger re: ▮▮▮▮▮▮▮▮▮▮▮▮▮ prepare compare documents; | .70 | 385.00 |
| 5/30/19 | MSB | Review April MOR; | .10 | 55.00 |
| 5/31/19 | MSB | Telephone call from L. Berger re: confirmation brief; McCloskey hearing; | .10 | 55.00 |
|  |  | Totals | 47.00 | $ 25,850.00 |

**TOTAL PROFESSIONAL SERVICES**                                     **$ 25,850.00**

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| MORRIS S. BAUER | 47.00 | 550.00 | 25,850.00 |
| TOTALS | 47.00 | | $ 25,850.00 |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 5/01/19 | Travel to Newark 4/8, 4/10, Morristown 4/25 MORRIS S. BAUER, Apr/19 | 140.08 |
| 5/01/19 | Computerized Legal Research - West Law - April 2019 | 226.98 |

|  | **TOTAL EXPENSES** | **$ 367.06** |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$ 26,217.06** |

# N

NORRIS
McLAUGHLIN P.A.

400 Crossing Boulevard
8ᵗʰ Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

June 30, 2019

SB Building Assoc. Limited Partnership
Attn: Lawrence S. Berger
c/o Berger & Bornstein
237 South Street
Morristown, NJ 07962

| | |
|---|---|
| Invoice #: | 10955877 |
| Client #: | 115195 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

## INVOICE SUMMARY

For professional services rendered through June 30, 2019:

**RE:  Chapter 11 Proceeding**

| | |
|---|---|
| Professional Services | $ 10,560.00 |
| Expenses | $ 322.65 |
| **TOTAL THIS INVOICE** | **$ 10,882.65** |

Norris McLaughlin

June 30, 2019

| | |
|---|---|
| Invoice #: | 10955877 |
| Client #: | 115195 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

RE:  **Chapter 11 Proceeding**

**PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/02/19 | MSB | Review in detail L. Berger comments ~~to 40 pages of confirmation~~ brief; | .50 | 275.00 |
| 6/03/19 | MSB | Telephone call from Sharon (L. Berger office) re: status of comments; | .10 | 55.00 |
| 6/04/19 | MSB | Telephone calls to L. Berger's office (2x) re: status of comments; | .10 | 55.00 |
| 6/04/19 | MSB | Telephone call from E. O'Hagan re: status of brief; standing issue; review email from E. O'Hagan re: standing case; | .20 | 110.00 |
| 6/05/19 | MSB | Review email from L. Berger re: comments to brief; convert to redline; send email to L. Berger; | .50 | 275.00 |
| 6/05/19 | MSB | Telephone call form L. Berger re: discuss brief; reply; | .20 | 110.00 |
| 6/06/19 | MSB | Review May NM time entries; | .10 | 55.00 |
| 6/06/19 | MSB | Continued review of L. Berger comments to brief; | .30 | 165.00 |
| 6/06/19 | MSB | Review email from M. Conlan; D. Frankel response re: exhibit stipulation; | .10 | 55.00 |
| 6/07/19 | MSB | Continued review of L. Berger ~~changes to brief;~~ | 1.10 | 605.00 |
| 6/08/19 | MSB | Commence revisions to brief to incorporate L. Berger comments; | 1.30 | 715.00 |
| 6/09/19 | MSB | Continued revisions to brief addressing L. Berger comments; | 1.80 | 990.00 |
| 6/10/19 | MSB | Telephone calls to/from L. Berger; review email from L. Berger re: comments to brief; discuss comments in detail; | .80 | 440.00 |
| 6/11/19 | MSB | Revise confirmation brief; send email to L. Berger; | .70 | 385.00 |
| 6/11/19 | MSB | Send email to S. Glick re: draft copy of confirmation brief; | .10 | 55.00 |
| 6/12/19 | MSB | Telephone call from L. Berger re: 6/14/19 hearing before McCloskey; | .10 | 55.00 |
| 6/12/19 | MSB | Telephone call to S. Glick re: McCloskey conference; | .30 | 165.00 |
| 6/12/19 | MSB | Review emails from L. Berger re: comments to brief; discuss with L. Berger; | .30 | 165.00 |
| 6/12/19 | MSB | Review and revise confirmation brief (including detailed review of transcripts for references); | 2.80 | 1,540.00 |
| 6/12/19 | MSB | Telephone call from M. Conlan re: stipulation; brief; discuss with L. Berger; | .40 | 220.00 |

Norris McLaughlin

Invoice #: 10955877

June 30, 2019

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/13/19 | MSB | Continued revisions to brief (reviewing transcripts); send email to L. Berger; telephone call to L. Berger re: advise sent; | .70 | 385.00 |
| 6/13/19 | MSB | Telephone call from L. Berger re: additional comments to brief; | .20 | 110.00 |
| 6/13/19 | MSB | Revise brief, coordinate preparing table of contents; prepare brief in final; prepare certificate of service; | .60 | 330.00 |
| 6/14/19 | MSB | Send email to M. Conlan re: status on stipulation; | .10 | 55.00 |
| 6/14/19 | MSB | Review and revise in final brief; prepare Table of Authorities; certification of service; respond to internal questions to finalize; | .60 | 330.00 |
| 6/14/19 | MSB | Review emails from/send emails to B. Teich; telephone call from B. Teich; telephone call to L. Berger re: extension on time to file brief; review B. Teich email to Court; | .30 | 165.00 |
| 6/14/19 | MSB | Electronically file Debtors brief and email to parties; | .30 | 165.00 |
| 6/14/19 | MSB | Telephone call from L. Berger re: McCloskey outcome; | .20 | 110.00 |
| 6/14/19 | MSB | Review email from/send email to S. Glick re: brief comments; | .10 | 55.00 |
| 6/14/19 | MSB | Preliminary review of Boraie motion to strike testimony; | .20 | 110.00 |
| 6/14/19 | MSB | Preliminary review of Boraie opposition to confirmation; | .20 | 110.00 |
| 6/14/19 | MSB | Review email from S. Glick re: support; | .10 | 55.00 |
| 6/15/19 | MSB | Send email to L. Berger re: unpaid quarterly fees; | .10 | 55.00 |
| 6/17/19 | MSB | Letter to L. Berger re: NM May fees; | .10 | 55.00 |
| 6/17/19 | MSB | Telephone call to L. Berger re: Boraie motion to strike; brief; | .10 | 55.00 |
| 6/18/19 | MSB | Review Court notice re: Examiner objection to confirmation; | .10 | 55.00 |
| 6/22/19 | MSB | Commence review of confirmation briefs; motion to strike; | .30 | 165.00 |
| 6/22/19 | MSB | Review voicemail from Juan (Judge Papalia); send email re: scheduling; | .20 | 110.00 |
| 6/23/19 | MSB | Review in detail Boraie confirmation brief (69 pages); | 1.70 | 935.00 |
| 6/23/19 | MSB | Review in detail motion to strike; | .30 | 165.00 |
| 6/24/19 | MSB | Review UST confirmation brief; | .90 | 495.00 |
|  |  | Totals | 19.20 | $ 10,560.00 |

### TOTAL PROFESSIONAL SERVICES          $ 10,560.00

### SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| MORRIS S. BAUER | 19.20 | 550.00 | 10,560.00 |
| **TOTALS** | **19.20** |  | **$ 10,560.00** |

3

Norris McLaughlin

Invoice #: 10955877

June 30, 2019

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 6/01/19 | Computerized Legal Research - Westlaw May 2019 | 322.65 |
| | **TOTAL EXPENSES** | **$ 322.65** |
| | **TOTAL THIS INVOICE** | **$ 10,882.65** |

# EXHIBIT C

**N O R R I S**
**M C L A U G H L I N** | P.A.
**A T T O R N E Y S   A T   L A W**

100 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

February 8, 2019

SB Milltown Industrial Realty Holdings
Attn: Lawrence S. Berger
c/o Berger & Bornstesin
237 South Street
Morristown, NJ 07962

| | |
|---|---|
| Invoice #: | 10917746 |
| Client #: | 115194 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

## INVOICE SUMMARY

For professional services rendered through January 31, 2019:

**RE:  Chapter 11 Proceeding**

| | |
|---|---|
| Professional Services | $ 55.00 |
| Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 55.00** |



Invoice #: 10917746

February 8, 2019

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/28/19 | MSB | Review December MOR; coordinate filing; | .10 | 55.00 |
| | | Totals | .10 | $ 55.00 |

|  | TOTAL PROFESSIONAL SERVICES | $ 55.00 |
|---|---|---|

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| MORRIS S. BAUER | .10 | 550.00 | 55.00 |
| **TOTALS** | **.10** | | **$ 55.00** |

|  | TOTAL THIS INVOICE | $ 55.00 |
|---|---|---|

March 11, 2019

| | |
|---|---|
| Invoice #: | 10927199 |
| Client #: | 115194 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

**RE:  Chapter 11 Proceeding**

**PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 2/26/19 | MSB | Review January monthly report; coordinate for filing on 2/27/19; | .10 | 55.00 |
| | | Totals | .10 | $ 55.00 |

**TOTAL PROFESSIONAL SERVICES**     **$ 55.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| MORRIS S. BAUER | .10 | 550.00 | 55.00 |
| **TOTALS** | **.10** | | **$ 55.00** |

**TOTAL THIS INVOICE**     **$ 55.00**

2

# NM

NORRIS
McLAUGHLIN, P.A.

ATTORNEYS AT LAW

400 Crossing Boulevard
8ᵗʰ Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

April 5, 2019

SB Milltown Industrial Realty Holdings
Attn: Lawrence S. Berger
c/o Berger & Bornstesin
237 South Street
Morristown, NJ 07962

| | |
|---|---|
| Invoice #: | 10939620 |
| Client #: | 115194 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

## INVOICE SUMMARY

For professional services rendered through March 31, 2019:

**RE:  Chapter 11 Proceeding**

| | |
|---|---|
| Professional Services | $ 55.00 |
| Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 55.00** |



Norris McLaughlin

April 5, 2019

Invoice #:      10939620
Client #:        115194
Matter #:             1
Billing Attorney:    MSB

RE:  Chapter 11 Proceeding

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/26/19 | MSB | Review Feb. MOR; | .10 | 55.00 |
| | | Totals | .10 | $ 55.00 |

**TOTAL PROFESSIONAL SERVICES**          **$ 55.00**

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| MORRIS S. BAUER | .10 | 550.00 | 55.00 |
| **TOTALS** | **.10** | | **$ 55.00** |

**TOTAL THIS INVOICE**          **$ 55.00**

# NM

## NORRIS

### McLAUGHLIN P.A.

ATTORNEYS AT LAW

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

May 8, 2019

SB Milltown Industrial Realty Holdings
Attn: Lawrence S. Berger
c/o Berger & Bornstesin
237 South Street
Morristown, NJ 07962

| | |
|---|---|
| Invoice #: | 10948060 |
| Client #: | 115194 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

## INVOICE SUMMARY

For professional services rendered through April 30, 2019:

**RE:  Chapter 11 Proceeding**

| | |
|---|---|
| Professional Services | $ 55.00 |
| Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 55.00** |



Norris McLaughlin

May 8, 2019

| | |
|---|---|
| Invoice #: | 10948060 |
| Client #: | 115194 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

RE:  **Chapter 11 Proceeding**

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/28/19 | MSB | Review March MOR; | .10 | 55.00 |
| | | Totals | .10 | $ 55.00 |

**TOTAL PROFESSIONAL SERVICES** $ 55.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| MORRIS S. BAUER | .10 | 550.00 | 55.00 |
| **TOTALS** | **.10** | | **$ 55.00** |

**TOTAL THIS INVOICE** $ 55.00



# NM

## M^C LAUGHLIN P.A.

### ATTORNEYS AT LAW

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807

T: 908-722-0700
F: 908-722-0755

June 7, 2019

SB Milltown Industrial Realty Holdings
Attn: Lawrence S. Berger
c/o Berger & Bornstesin
237 South Street
Morristown, NJ 07962

| | |
|---|---|
| Invoice #: | 10955116 |
| Client #: | 115194 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

## INVOICE SUMMARY

For professional services rendered through May 31, 2019:

### RE:  Chapter 11 Proceeding

| | |
|---|---|
| Professional Services | $ 110.00 |
| Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 110.00** |



June 7, 2019

| | |
|---|---|
| Invoice #: | 10955116 |
| Client #: | 115194 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

RE:  **Chapter 11 Proceeding**

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 5/30/19 | MSB | Review April MOR; | .10 | 55.00 |
| 5/10/19 | MSB | Letter to L. Berger re: NM April fees; | .10 | 55.00 |
| | | Totals | .20 | $ 110.00 |

**TOTAL PROFESSIONAL SERVICES**          $ 110.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| MORRIS S. BAUER | .20 | 550.00 | 110.00 |
| TOTALS | **.20** | | $ 110.00 |

**TOTAL THIS INVOICE**          $ 110.00

# EXHIBIT D

**NORRIS**
**McLAUGHLIN** P.A.
ATTORNEYS AT LAW

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

February 8, 2019

Alsol Corporation
Attn: Lawrence S. Berger
c/o Berger & Bornstein
237 South Street
Morristown, NJ 07962

Invoice #:       10917745
Client #:         115193
Matter #:                1
Billing Attorney:    MSB

## INVOICE SUMMARY

For professional services rendered through January 31, 2019:

**RE:  Chapter 11 Proceeding**

| | |
|---|---|
| Professional Services | $ 55.00 |
| Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 55.00** |



Invoice #: 10917745

February 8, 2019

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/28/19 | MSB | Review December MOR; coordinate filing; | .10 | 55.00 |
| | | **Totals** | **.10** | **$ 55.00** |

**TOTAL PROFESSIONAL SERVICES**                              $ 55.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| MORRIS S. BAUER | .10 | 550.00 | 55.00 |
| **TOTALS** | **.10** | | **$ 55.00** |

**TOTAL THIS INVOICE**                              $ 55.00

March 11, 2019

| | |
|---|---|
| Invoice #: | 10927198 |
| Client #: | 115193 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

**RE: Chapter 11 Proceeding**

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/26/19 | MSB | Review January monthly report; coordinate for filing on 2/27/19; | .10 | 55.00 |
| | | Totals | .10 | $ 55.00 |

**TOTAL PROFESSIONAL SERVICES**     **$ 55.00**

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| MORRIS S. BAUER | .10 | 550.00 | 55.00 |
| **TOTALS** | **.10** | | **$ 55.00** |

**TOTAL THIS INVOICE**     **$ 55.00**

NM

N O R R I S
M C L A U G H L I N  P.A.
A T T O R N E Y S  A T  L A W

400 Crossing Boulevard
8ᵗʰ Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

April 5, 2019

Alsol Corporation
Attn: Lawrence S. Berger
c/o Berger & Bornstein
237 South Street
Morristown, NJ 07962

| | |
|---|---|
| Invoice #: | 10933911 |
| Client #: | 115193 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

## INVOICE SUMMARY

For professional services rendered through March 31, 2019:

**RE:  Chapter 11 Proceeding**

| | |
|---|---|
| Professional Services | $ 55.00 |
| Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 55.00** |



BRIDGEWATER, NJ    NEW YORK, NY    ALLENTOWN, PA
W W W . N O R R I S M C L A U G H L I N . C O M
FEI# 62-1408127

Norris McLaughlin

April 5, 2019

Invoice #:        10933911
Client #:          115193
Matter #:               1
Billing Attorney:    MSB

RE:  Chapter 11 Proceeding

**PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/26/19 | MSB | Review Feb. MOR; | .10 | 55.00 |
| | | Totals | .10 | $ 55.00 |

| | |
|---|---|
| **TOTAL PROFESSIONAL SERVICES** | **$ 55.00** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| MORRIS S. BAUER | .10 | 550.00 | 55.00 |
| TOTALS | **.10** | | **$ 55.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 55.00** |

# NORRIS
## McLAUGHLIN P.A.
### ATTORNEYS AT LAW

400 Crossing Boulevard
8ᵗʰ Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

May 8, 2019

Alsol Corporation
Attn: Lawrence S. Berger
c/o Berger & Bornstein
237 South Street
Morristown, NJ 07962

Invoice #:      10948070
Client #:        115193
Matter #:              1
Billing Attorney:   MSB

## INVOICE SUMMARY

For professional services rendered through April 30, 2019:

**RE: Chapter 11 Proceeding**

| | |
|---|---|
| Professional Services | $ 55.00 |
| Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 55.00** |



May 8, 2019

Invoice #:        10948070
Client #:          115193
Matter #:               1
Billing Attorney:    MSB

RE:  **Chapter 11 Proceeding**

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/28/19 | MSB | Review March MOR; | .10 | 55.00 |
|  |  | Totals | .10 | $ 55.00 |

**TOTAL PROFESSIONAL SERVICES**  **$ 55.00**

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| MORRIS S. BAUER | .10 | 550.00 | 55.00 |
| **TOTALS** | **.10** |  | **$ 55.00** |

**TOTAL THIS INVOICE**  **$ 55.00**



M<sup>c</sup>LAUGHLIN P.A.

ATTORNEYS AT LAW

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807

T: 908-722-0700
F: 908-722-0755

June 7, 2019

Alsol Corporation
Attn: Lawrence S. Berger
c/o Berger & Bornstein
237 South Street
Morristown, NJ  07962

| | |
|---|---|
| Invoice #: | 10955119 |
| Client #: | 115193 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

## INVOICE SUMMARY

For professional services rendered through May 31, 2019:

**RE:  Chapter 11 Proceeding**

| | |
|---|---|
| Professional Services | $ 110.00 |
| Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 110.00** |



BRIDGEWATER, NJ  ·  NEW YORK, NY  ·  ALLENTOWN, PA

WWW.NORRISMCLAUGHLIN.COM

FEI# 62-1408127

June 7, 2019

| | |
|---|---:|
| Invoice #: | 10955119 |
| Client #: | 115193 |
| Matter #: | 1 |
| Billing Attorney: | MSB |

RE:  **Chapter 11 Proceeding**

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/30/19 | MSB | Review April MOR; | .10 | 55.00 |
| 5/10/19 | MSB | Letter to L. Berger re: NM April fees; | .10 | 55.00 |
| | | Totals | .20 | $ 110.00 |

**TOTAL PROFESSIONAL SERVICES**    $ 110.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| MORRIS S. BAUER | .20 | 550.00 | 110.00 |
| **TOTALS** | **.20** | | **$ 110.00** |

**TOTAL THIS INVOICE**    $ 110.00

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MORRIS S. BAUER**
**NORRIS MCLAUGHLIN, P.A.**
Former Counsel for the
 Debtors/Debtors-in-Possession
400 Crossing Boulevard, 8th Floor
PO Box 5933
Bridgewater, NJ 08807-5933
(908) 722-0700

| | |
|---|---|
| In Re: | Case Nos.: 13-12682 (VFP)<br>13-12685 (VFP)<br>13-12689 (VFP) |
| S B BUILDING ASSOCIATES LIMITED PARTNERSHIP,<br>SB MILLTOWN INDUSTRIAL REALTY HOLDINGS, LLC, and<br>ALSOL CORPORATION, | Judge: Hon. Vincent F. Papalia |
| | Chapter: 11 |
| Debtors. | |

### AFFIDAVIT OF MORRIS S. BAUER

STATE OF NEW JERSEY  )
                                          ) ss.
COUNTY OF SOMERSET  )

MORRIS S. BAUER, ESQ., of full age, being dully sworn according to law, upon his oath deposes and says:

1.    I am a member of the firm of Norris McLaughlin, P.A. f/k/a Norris, McLaughlin & Marcus, P.A., counsel to S B Building Associates Limited Partnership ("S B Building"), SB Milltown Industrial Realty Holdings, LLC. ("SB Milltown"), and Alsol Corporation, ("Alsol", and together with S B Building, and SB Milltown, the "Debtors") in the above-captioned matter, and submit this Affidavit in connection with the Application of such firm for final fee allowances for services rendered to the Debtors during the period from January 1, 2019 through and including June 24, 2019, including having the First Interim Fee Order, the Second Interim Fee

Order, the Third Interim Fee Order, the Fourth Interim Fee Order, the Fifth Interim Fee Order,

the Sixth Interim Fee Order and the Seventh Interim Fee Order deemed final orders.

2.      In accordance with Title 18 U.S.C. §155 and the rules of this Court, neither I nor

any member or associate of my firm has entered into any agreement, written or oral, expressed or

implied, with the Debtors, any creditor, or any other party in interest, or any attorney of such

person, for the purpose of fixing the amount of any of the fees or any other compensation to be

allowed out of or paid from the assets of the Debtors.

3.      In accordance with §504 the Bankruptcy Code, no agreement or understanding

exists between me, my firm or any member or associate thereof, on the one hand, and any other

person, on the other hand, for the division of such compensation as my firm may receive from

the Court herein, nor will any division of fees prohibited by §504 of the Bankruptcy Code be

made by me, or any partner or associate of my firm.

/s/ Morris S. Bauer
MORRIS S. BAUER

Sworn and subscribed to
before me this 1st day of
July, 2019

/s/ Beth C. Harper
Notary Public of New Jersey
BETH C. HARPER
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES FEBRUARY 23, 2020

10388705-1

2

1628864-1