| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on July 30, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| **MORRIS S. BAUER** **NORRIS MCLAUGHLIN, P.A.** Former Counsel for the Debtors/Debtors-in-Possession 400 Crossing Boulevard, 8th Floor PO Box 5933 Bridgewater, NJ 08807-5933 (908) 722-0700 | |
| In Re: S B BUILDING ASSOCIATES LIMITED PARTNERSHIP, SB MILLTOWN INDUSTRIAL REALTY HOLDINGS, LLC, and ALSOL CORPORATION, Debtors. | Case Nos.: 13-12682 (VFP) 13-12685 (VFP) 13-12689 (VFP) Judge: Hon. Vincent F. Papalia Chapter: 11 |

**ORDER GRANTING FINAL ALLOWANCES
PURSUANT TO SECTION 330 OF THE BANKRUPTCY CODE
RE: NORRIS McLAUGHLIN, P.A.**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: July 30, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

| | |
|---|---|
| Debtors: | S B Building Associates Limited Partnership |
| | SB Milltown Industrial Realty Holdings |
| | Alsol Corporation |
| Case Nos. | 13-12682 (VFP) |
| | 13-12685 (VFP) |
| | 13-12689 (VFP) |
| Caption of Order: | Order Granting Final Allowances Pursuant to Section 330 of the Bankruptcy Code Re: Norris McLaughlin, P.A. |

**AND NOW,** the Court finds that the person named below filed an Application for Allowances (the "Application"), adequate notice and opportunity for hearing was given to creditors and other parties in interest as required;

**IT IS ORDERED**, that compensation and expenses are allowed as follows:

| **APPLICANTS** | **COMMISSION/FEES** | **EXPENSES** |
|---|---|---|
| Norris McLaughlin, P.A. Counsel to the Debtors | $67,820.00 | $1,082.92 |

**AND IT IS FURTHER**

**ORDERED**, that the First Interim Fee Order, the Second Interim Fee Order, the Third Interim Fee Order, the Fourth Interim Fee Order, the Fifth Interim Fee Order, the Sixth Interim Fee Order, and the Seventh Interim Fee Order be and hereby are deemed final orders such that the total final fee award for NM as counsel to the Debtor in these chapter 11 cases is fees in the amount of $693,276.00 and expenses of $13,609.46

10388101-1